05/14/2010 11:11 FAX  5037613922      LONGFORD HOMES                              ☒002/002

AOS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

MARYNA JOHN                              Plaintiff,

vs.                                                              CASE NO: 10-CV-00990-ZLW-KLM

ALLSTATE FINANCIAL SERVICES, INC, ET AL.   Defendant    DEPT NO:

## AFFIDAVIT OF SERVICE

Melinda Kays being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received copy(ies) of the SUMMON IN A CIVIL ACTION; COMPLAINT AND JURY DEMAND, on the 7th day of May, 2010 and served the same on the 11th day of May, 2010, at 10:55 by:

(affiant must complete the appropriate paragraph)

1. delivering and leaving a copy with the servee at (address)

2. serving the servee personally delivering and leaving a copy with , Co-occupant, a person of suitable age and discretion residing at the defendant's usual place of abode located at (address)

3. serving the servee ALLSTATE FINANCIAL SERVICE, INC C/O REGISTERED AGENT MICHAEL O'CONNOR by personally delivering and leaving a copy at (address) 1050 E. FLAMINGO RD, STE E-320, LAS VEGAS NV 89119
    a. with as , an agent lawfully designated by statute to accept service of process;
    b. with TOM 'DOE', PARALEGAL, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.
    c. with , pursuant to Chapter 14 of NRS a guard posted at the gate of servee's residence to which the undersigned has been denied access.
WHITE MALE; 50+; 200LBS; GREY HAIR. THIS OFFICE IS 'ALLSTATE FINANCIAL SERVICES'. 702-796-7600. TOM 'DOE', PARALEGAL, STATED MICHAEL O'CONNOR IS THE OWNER OF THE COMPANY BUT WORKS IN CANADA AND IS NEVER IN AND IS THE ONLY ONE WHO CAN ACCEPT. DOCUMENTS WERE LEFT ON DESK IN FRONT OF TOM 'DOE' AND RECEPTIONIST, 'JANE DOE'.

Sworn to before me Rebecca Godwin
Notary Public, on 5/14/2010

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
REBECCA GODWIN
No: 10-1790-1
My Appointment Expires March 24, 2014

_Melinda Kays_
**Melinda Kays**

personally appeared, personally known to me, or proved to me on the basis of satisfactory evidence, to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the WITNESS my hand and official seal.

_Rebecca Godwin_
**Notary's signature**

Junes Legal Services - 630 South 10th Street - Suite B - Las Vegas NV 89101 - (702) 679-6300 - Fax (702) 259-6249 - Toll Free (888) 56Junes

10050712          Copyright 2006 eWay - All Rights Reserved          Process License #1068